UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES                                   :
                                                :
                                                :     **ORDER**
        -against-                               :
                                                :     15 Cr. 879 (AKH)
CRUZ, et al.,                                   :
                                                :
                         Defendants.            :
                                                :
                                                :
                                                :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Currently, ECF No. 198 is marked as open. However, my order at ECF No. 22 in 18 Civ. 3640, the related habeas proceeding, resolved that motion. Accordingly, the Clerk shall terminate ECF No. 198 in 15 Cr. 879.

       SO ORDERED.

Dated:    April 12, 2022                __/s/ Alvin K. Hellerstein_____
           New York, New York         ALVIN K. HELLERSTEIN
                                                United States District Judge